IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **RANDAL ALAN CORDELL,** | 6:13-cv-00171-RE |
| Plaintiff, | **JUDGMENT** |
| v. | |
| **CAROLYN W. COLVIN,**<br>Acting Commissioner of Social Security, | |
| Defendant. | |

**REDDEN**, Judge:

The decision of the Commissioner is affirmed. This action is dismissed.

IT IS SO ORDERED.

Dated this 28 day of April, 2014.

_____
James A. Redden
United States District Judge

1 - JUDGMENT